# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

U.S. DISTRICT COURT.
N.D. OF ALABAMA



| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ] <br> ] <br> ] |
| Plaintiff, | ] <br> ] |
| v. | ] Civil Action No. CV-00-N-2775-S <br> ] |
| F & J RESTAURANTS, INC. | ] <br> ] |
| d/b/a | ] <br> ] |
| INTERNATIONAL HOUSE OF PANCAKES, #4439 | ] <br> ] <br> ] |
| Defendant. | ] <br> ] |

ENTERED

DEC 1 5 2000

## CONSENT DECREE

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.§2000e et seq. guarantees

protected workers that they will be free from employment discrimination on the basis of race, sex,

religion, national origin and color.

On September 14, 2000, the Equal Employment Opportunity Commission ("EEOC") filed

this action under Title VII of the Civil Rights Act of 1964, as amended, ("Title VII"), and Title I of

the Civil Rights Act of 1991, (CRA 1991), to correct unlawful employment practices on the basis

of sex and to provide appropriate relief to Julie A. Burnett, the individual aggrieved by those

unlawful employment practices. The EEOC's Complaint alleged that the Defendant terminated Julie

A. Burnett because of her sex, female, in violation of Title VII.

1

The EEOC, Burnett and F&J Restaurants, Inc., being aware of the risks, uncertainties and costs of continued litigation are now desirous of resolving the aforesaid lawsuit through this Consent Decree, which also resolves the Charge of Discrimination filed by Julie A. Burnett numbered 130-A0-0141.

The Court being fully advised of the premises doth Order, Adjudge and Decree as follows:

## II. SPECIFIC PROVISIONS

A.  This Court has full jurisdiction to decide this controversy as to the EEOC , Julie A. Burnett and F&J Restaurants, Inc. This Court will retain jurisdiction for the next four (4) months so that any dispute arising out of the administration of this Decree can be resolved.

B.  Nothing herein shall be deemed to be an admission by F&J Restaurants, Inc., that it has at any time, place or in any manner whatsoever, violated Title VII of the Civil Rights Act of 1964, as amended.

C.  This Decree, being entered into with the consent of the EEOC, Julie A. Burnett and F&J Restaurants, Inc., shall not constitute an adjudication or finding on the merits of the claims.

D.  The issues resolved by this Decree are those which were alleged in the Charge of Discrimination numbered 130-A0-0141 and those which were raised in the above styled Complaint.

E.  In monetary consideration for the claims in this lawsuit and EEOC Charge of Discrimination No. 130-A0-0141, F&J Restaurants, Inc., will pay $10,000.00 in back pay, compensatory damages and attorney's fees to Julie A. Burnett and her attorney.

Julie A. Burnett will be required to sign a Settlement Agreement negotiated between her counsel and Defendant's counsel.

2

The check(s) will be made payable to Julie A. Burnett and her attorney and will be forwarded to her attorney by certified mail within eleven (11) days after F&J Restaurants, Inc., receives the original of the signed Release referred to above. Within thirty (30) days after F&J Restaurants, Inc., receives the original signed Release, (1) a copy of the check and (2) documentation of issuance and receipt of the check will be mailed to Mason D. Barrett, Senior Trial Attorney, EEOC, Birmingham District Office, 1130 22nd Street South, Suite 2000, Birmingham, Alabama 35205.

F. F&J Restaurants, Inc., will provide Julie A. Burnett with a favorable reference in response to any inquiry regarding Julie A. Burnett's employment. Specifically, no mention will be made of her pregnancy, her Charge of Discrimination or this lawsuit. This provision survives the expiration of this Consent Decree.

G. F&J Restaurants, Inc., shall not engage in any unlawful retaliation in any manner against Julie A. Burnett or any person who participated in the investigation of the Charge of Discrimination underlying this lawsuit, or any person who participated in this lawsuit.

H. F&J Restaurants, Inc., shall not discriminate against any employee on the basis of sex.

I. F&J Restaurants, Inc., shall within sixty (60) days of the date of this Decree provide a one (1) hour training session to its management employees and all employees who have responsibilities concerning hiring, promotion, and discharge, on the prevention of sex discrimination in the workplace, including, but not limited to pregnancy discrimination.

J. F&J Restaurants, Inc. shall use qualified persons to conduct the training. F&J Restaurants, Inc., may, but is not required to, use training conducted by the EEOC under its Employer Specific Training Program.

3

K. The employees who attend the training sessions will be required to sign an attendance roster. F&J Restaurants, Inc., shall send a copy of said roster(s) and an outline of the training course to Mason D. Barrett, Senior Trial Attorney, EEOC Birmingham District Office, within thirty (30) days of the session.

L. F&J Restaurants, Inc., shall immediately post the Notice attached hereto as "EXHIBIT A" in a prominent and conspicuous place visible to all employees at its Pelham, Alabama location.

M. Other than those attorney's fees and costs specifically mentioned in this Decree, each party shall be responsible for their own attorney's fees and for all their own costs.

Done this 15th of Dec. 2000.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

4

**BY CONSENT:**

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

C. Gregory Stewart
General Counsel

Gwendolyn Young Reams
Associate General Counsel

1801 "L" Street, Northwest
Washington, D.C.  20507

**Mildred Byrd**
Acting Regional Attorney

**Jill L. Vincent**
Supervisory Trial Attorney

**Mason D. Barrett**
Senior Trial Attorney

Birmingham District Office
1130 22nd Street South, Suite 2000
Birmingham, Alabama 35205-2881          Telephone:  (205) 731-1039

**For JULIE A. BURNETT**

**M. SCOTT HARWELL, ESQ.**
**THE HARWELL LAW FIRM, P.C.**
205 20TH Street North, Suite 915
Birmingham, AL 35203

**For F&J RESTAURANTS, INC.**

**CARTER H. DUKES, ESQ.**
**HUCKABY, SCOTT & DUKES, P.C.**
2001 Park Place North, Suite 850
Birmingham, AL 35203

5